AO 245B (Rev. 8/96) Sheet 1 - Judgmen a Criminal Case

# United States District Court

## District of Minnesota

UNITED STATES OF AMERICA
v.
**RODNEY JON JANSEN**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: 00-16(1)(ADM/ESS)

Joseph Friedberg
Defendant's Attorney

**THE DEFENDANT:**

[✔] pleaded guilty to count 1 of the Indictment.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involves the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 922(g)(1) | Felon in Possession of a Firearm | 11/16/99 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).
[ ] Count(s) ___ (is)(are) dismissed on the motion of the United States.

Special Assessment Amount $ 100 in full and immediately.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 5/21/71
Defendant's USM No.: 09256-041
Defendant's Residence Address:
**8680 Marigold Circle, Apt. 107**
**Eden Prairie, MN 55344**

Defendant's Mailing Address:

June 22, 2000
Date of Imposition of Judgment

[signature]
Signature of Judicial Officer

**ANN D. MONTGOMERY**, United States District Judge
Name & Title of Judicial Officer

June 23, 2000
Date

Filed JUN 23 2000
Francis E. Dosal, Clerk
Judgment Entd ______
Deputy Clerk mf
cist 6/26

A true copy in 5 sheet(s)
of the record in my custody.
Certified ________, 2000
by ______________
Deputy Clerk

(19)