PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
APR 24 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**United States v. Rodney Jon Jansen**

**Docket No. 0:00CR00016-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Rodney Jon Jansen** who was sentenced for Felon in Possession of a Firearm on June 22, 2000, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program, psychological/psychiatric counseling/treatment, substance testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

SPECIAL CONDITION #11: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

On September 1, 2005, the defendant was charged with Careless Driving by the Minnetrista, Minnesota, Police Department. On November 28, 2006, he appeared in Hennepin County Court and pled guilty. On April 19, 2006, the defendant admitted he was charged and convicted of the above offense. He also admitted that he failed to report the arrest to this officer.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 16 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 24th day of April, 2006, and ordered filed and made a part of the records in the above case.

[signature]

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Darren F. Kerns
U.S. Probation Officer

Executed on April 19, 2006
Place Minneapolis

SCANNED
APR 24 2006
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission