Prob 49

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Rodney Jon Jansen

Docket No. 0:00CR00016-001(ADM)

RECEIVED

APR 24 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## HEARING WAIVER

I, Rodney Jon Jansen, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 16 hours of community service, as approved by the probation officer.

Signed: ______________________

Rodney Jon Jansen
Supervised Releasee

Dated: 4-19-06

Witness: ______________________

SCANNED

APR 24 2006

U.S. DISTRICT COURT MPLS